1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; and OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>    Plaintiffs,<br>v.<br><br>B & R MOBILE ROCK CRUSHING, a Business Entity, and ROBERT V. GRECO, individually,<br><br>    Defendants. | Case No.: C07-1492 MJJ<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>DATE: June 26, 2007<br>TIME: 2:00 p.m.<br>COURTROOM: 11, 19th Floor<br>JUDGE: The Honorable Martin J. Jenkins |

  Newly named counsel to plaintiffs in this action is concurrently filing a Substitution of Attorney with this Request for Continuance of Case Management Conference.

  The newly substituted counsel has just received this file and hereby respectfully requests that the Case Management Conference, currently scheduled for June 26, 2007, be continued for

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C07-1492 MJJ**

1  approximately 60 days to allow counsel to review the case, analyze the parties' positions and any
2  possibility of resolution, and respond as necessary.
3      It is furthermore requested that all previously set deadlines and dates related to this case be
4  continued as well.
5      I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
6  
7  entitled action, and that the foregoing is true of my own knowledge.
8      Executed this 14th day of June, 2007, at San Francisco, California.
9                                          SALTZMAN & JOHNSON LAW CORPORATION
10
11                                          By: _____/s/_____
                                                 Muriel B. Kaplan
12                                               Attorneys for Plaintiffs
13
14  IT IS SO ORDERED.
15      The currently set Case Management Conference is hereby continued to
    __September 4, 2007_____ at __2:00_ p.m._____.
16
17
18  Date: __6/18/2007_____     _____
                                        United States District Court Judge

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
Case No.: C07-1492 MJJ